MATER REALTY COMPANY, Respondent, v. B. B. BATHING PARK, INC., Appellant, Impleaded with MANHATTAN BEACH DEVELOPMENT COMPANY, Defendant.— Order reversed upon the law, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. The complaint sets forth two causes of action, one for a violation of plaintiff's rights as a riparian owner of land bordering upon the ocean, and the other for a violation of plaintiff's rights derived from the easement or right of way set forth in the complaint. These two distinct causes

of action should be separately stated and numbered in order that defendant, appellant, may plead appropriate defenses thereto. Kelly, P. J., Manning, Kelby, Young and Kapper, JJ., concur.